820

No. 176. SHAKESPEARE Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 177. FELICE *v.* LONG ISLAND RAILROAD Co. C. A. 2d Cir. Certiorari denied.

No. 178. DEVERS *v.* DISTRICT OF COLUMBIA NATIONAL BANK. Sup. Ct. App. Va. Certiorari denied.

No. 180. ZEMLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 181. LADZINSKI *v.* SPERLING STEAMSHIP & TRADING CORP. C. A. 2d Cir. Certiorari denied.

No. 182. McGUIRE *v.* BAKER ET AL. C. A. 5th Cir. Certiorari denied.

No. 183. AMERICAN ALOE CORP. *v.* ALOE CREME LABORATORIES, INC. C. A. 7th Cir. Certiorari denied.

No. 184. HOOD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 185. DEANE HILL COUNTRY CLUB, INC. *v.* SHULTZ, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 188. GUGLIELMINI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 192. CLARK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 193. FRYD CONSTRUCTION CORP. ET AL. *v.* T/N PLUMBING & HEATING Co.; and

No. 382. UNITED STATES FOR THE USE AND BENEFIT OF T/N PLUMBING & HEATING Co. *v.* AMERICAN FIRE & CASUALTY Co. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 423 F. 2d 980.